468

No. 50,268

KANSAS POWER AND LIGHT COMPANY, *Appellee*, v. JOSEPH FLOERSCH
and DELORES FLOERSCH, *Appellants.*

(617 P.2d 1264)

Opinion filed November 1, 1980.

*Jerry W. Hannah,* of Hannah & Focke, of Topeka, argued the cause and was on the brief for the appellants.

*Edward L. Bailey,* of Cosgrove, Webb & Oman, of Topeka, argued the cause and *James D. Waugh,* of the same firm, was with him on the brief for the appellee.

The opinion of the court was delivered by

HERD, J.: We have carefully reviewed the record and the issue raised in this case, and we conclude the decisions of the trial court and the Court of Appeals are legally and factually correct.

We adopt the opinion of the Court of Appeals, *Kansas Power & Light Co. v. Floersch,* 4 Kan. App. 2d 440, 608 P.2d 1023 (1980).

The judgments of the Jackson district court and the Court of Appeals are affirmed.

MILLER and HOLMES, JJ., dissenting.